IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GENE EARL EASTERLING,        )
                             )
     Petitioner,             )
                             )       CIVIL ACTION NO.
     v.                      )        2:20cv847-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 18) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 2) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 15th day of September, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE